UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

In re:  William Richard Thiele and          Case No. 2:09-bk-51682
        Patricia Harris Thiele,             Chapter 11
        Debtors

### NOTICE OF APPEARANCE

Please take notice that the undersigned will be representing the interest of creditor, Summit South Mortgage, in the above styled matter.

Respectfully submitted,

Jon M. Cope  (BPR #20031)

STOKES, WILLIAMS, SHARP & DAVIES
P.O. Box 2644
Knoxville, TN  37901
865/544-3833
Attorney for Summit South Mortgage



# STOKES WILLIAMS
# SHARP  DAVIES

ATTORNEYS AT LAW

| | | |
|---|---|---|
| Billy J. Stokes* | 920 Volunteer Landing Lane, Suite 100 | Mailing: |
| Herbert B. Williams* | Knoxville, TN 37915 | P. O. Box 2644 |
| Ellis A. "Sandy" Sharp | — | Knoxville, TN 37901 |
| Robert R. Davies | (865) 544-3833 | Fax: (865) 544-1849 |
| Jon M. Cope | | |
| Mary Jo Mann | | *Tennessee Supreme Court |
| Zachary B. Tenry | | Listed Mediator |

July 8, 2009

William T. Magill, Deputy Clerk
220 W. Depot St., Suite 218
United States Courthouse
Greeneville, TN  37743-4924

**In re:  William Richard Thiele and Patricia Harris Thiele, Debtors**
         **U.S. Bankruptcy Court Case No.:  2:09-bk-51682**

Dear Mr. Mr. Magill:

Enclosed for filing on behalf of Summit South Mortgage, please find a Notice of Appearance and Response of Summit South Mortgage to Amended Motion by OEM of Connecticut, Inc. for Relief from the Automatic Stay regarding the above-referenced matter.

Also enclosed is a copy of my Registration Form for Electronic Case Filing (ECF) System for the Bankruptcy Court.  I am sending the original directly to the attention of ECF Registration in Knoxville.

Thank you for your time and assistance.

                                          Very truly yours,

                                          STOKES, WILLIAMS, SHARP & DAVIES

                                          Jon M. Cope

JMC/sj

Enclosures

cc:   Mr. Lou Browning